911 A.2d 478

IN THE MATTER OF RICHARD H. KRESS,
AN ATTORNEY AT LAW.

December 6, 2006.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **RICHARD H. KRESS** of **MOUNTAINSIDE**, who was admitted to the bar of this State in 1979, and who was suspended from the practice of law for a period of six months effective April 10, 2006, by Order of this Court filed on March 15, 2006, be restored to the practice of law, effective immediately; and it is further

ORDERED that **RICHARD H. KRESS** shall practice law and make disbursements from his attorney trust account only under the supervision of a practicing attorney approved by the Office of Attorney Ethics until the further Order of the Court.